B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| IN RE: ) | |
| LAURIE ANN EDGERTON ) | CASE NO. 11-80486 |
| ARTHUR LEE EDGERTON ) | |
| DEBTOR(S) ) | |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CitiFinancial Servicing, LLC | PRP II Pals Investments Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices of transferee should be sent:
CitiFinancial Servicing, LLC
PO Box 6043
Sioux Falls, SC 57117

Court Claim # (if known): 15
Amount of Claim: $156,924.79
Date Claim Filed: March 6, 2012

Last Four Digits of Acct #: 3135

Last Four Digits of Acct#: 9461

Name and Address where transferee payments should be sent (if different from above):
CitiFinancial Servicing, LLC
PO Box 70919
Charlotte, NC 28272

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *S/ Daria Barrett*                                   Date: November 20, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000.00 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 & 3571.